UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICHOLAS DANIEL MIORANA SR. | CIVIL ACTION |
| VERSUS | NO.  13-0143 |
| SHERIFF MARLIN GUSMAN, MEDICAL DIRCT. SAMUEL GORE, MENTAL HEALTH DIRCT. DR. HIGGENS, CHARLES, CHIEF OF SECURITY WEAVER, S.O.D. CHIEF MCLAUGHLIN, MAJ. WINNFIELD, KEVIN | SECTION "C"(4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Nicholas Daniel Miorana, Sr.'s **Motion for Voluntary Dismissal under Fed. R. Civ. P. 41(a)(2) (Rec. Doc. No. 19)** is **GRANTED** and Miorana's 42 U.S.C. § 1983 civil rights complaint is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 31st day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE